# Exhibit A



**BLOOD HURST & O'REARDON | LLP**

501 W. Broadway, Suite 1490 | San Diego, CA 92101
T | 619.338.1100  F | 619.338.1101
www.bholaw.com

Timothy G. Blood
tblood@bholaw.com

August 8, 2023

**VIA CERTIFIED MAIL (RETURN RECEIPT)**

| (RECEIPT # 7021 2720 0001 0088 7559) | (RECEIPT # 7021 2720 0001 0088 7542) |
|---|---|
| Brian Armstrong, Chief Executive Officer<br>Coinbase Global, Inc.<br>430 California Street<br>San Francisco, CA 94104 | Brian Armstrong, Chief Executive Officer<br>Coinbase, Inc.<br>430 California Street<br>San Francisco, CA 94104 |

Dear Mr. Armstrong:

We represent Jean-Rémi Massery ("Plaintiff") and all other consumers similarly situated in an action against Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase" or "Defendants"), arising out of, *inter alia*, Coinbase's actions and inaction that have damaged Plaintiff and Class Members through the theft of their funds due to inadequate security and by improperly and unreasonably locking out Plaintiff and other similarly situated consumers from accessing their Coinbase accounts.

Coinbase represents to Plaintiff and consumers that it "offers customers a secure way to purchase, store, and transact in crypto assets," that "they will be "in full control of [their] crypto," and that its hosted wallet "is the solution" for users to "buy, sell, send and receive crypto." However, Plaintiff and others similarly situated did not receive the service Coinbase promised them. In sharp contrast, Coinbase's inadequate security permitted Plaintiff's and Class Members' accounts to be hacked; and Coinbase has unreasonably "frozen" Plaintiffs and others similarly situated out of their accounts, either on a permanent basis or for extended periods of time. The full claims, including the facts and circumstances surrounding these claims, are detailed in the Class Action Complaint, a copy of which is enclosed and incorporated by this reference.

Coinbase's representations and omissions are false and misleading and constitute unfair methods of competition and unlawful, unfair, and fraudulent acts or practices, undertaken by Coinbase with the intent to result in the sale of its services to the consuming public.

Coinbase's practices constitute violations of the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq*. Specifically, Coinbase's practices violate California Civil Code § 1770(a) under, *inter alia*, the following subdivisions:

(5)  Representing that their services have … approval, characteristics, ingredients, uses, benefits, or quantities which they do not have ….

\* \* \*

(7)  Representing that their services are of a particular standard, quality, or grade … if they are of another.

00205489

8



Brian Armstrong, CEO
Coinbase Global, Inc.
Coinbase, Inc.
August 8, 2023
Page 2

\* \* \*

(9)  Advertising services ... with intent not to sell them as advertised.

\* \* \*

As detailed in the enclosed Complaint, Coinbase's practices also violate California Business and Professions Code § 17200, *et seq.*, constitute a breach of the fiduciary duties Coinbase owes to Plaintiffs and Class Members, a breach of contract and the implied covenant of good faith and fair dealing, constitutes conversion and unjust enrichment, and gives rise to the need for declaratory and corresponding injunctive relief.

While the Complaint constitutes sufficient notice of the claims asserted, pursuant to California Civil Code § 1782, we hereby demand on behalf of our client and all others similarly situated that Coinbase immediately correct and rectify these violations by ceasing its dissemination of false and misleading information as described in the enclosed Complaint, by providing adequate security measures to prevent theft due to fraud, and by providing notice of how its service improperly and unreasonably locks out users from accessing their funds. In addition, Coinbase must provide reimbursement for interest, costs, and fees.

We await your response.

Sincerely,

TIMOTHY G. BLOOD

TGB:jk

Enclosure

00205489