# Exhibit B

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
JAMES M. DAVIS IV (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

EVANGELISTA WORLEY, LLC
James M. Evangelista (*pro hac vice forthcoming*)
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: 404/205-8400
404/205-8395 (fax)
jim@ewlawllc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN-RÉMI MASSERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC.; COINBASE, INC.,<br><br>Defendants. | Case No.<br><br>**AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)**<br><br>**CLASS ACTION**<br><br><br><br>**JURY TRIAL DEMANDED** |

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am the managing partner of the law firm of Blood, Hurst & O'Reardon, LLP, one of counsel of record for plaintiff in the above-entitled action.

2. Defendants Coinbase Global, Inc. and Coinbase, Inc. have done and are doing business in San Francisco, California. Such business includes advertising, marketing, and earning fees from their cryptocurrency exchange platform, the service at issue. Defendants also currently maintain offices in San Francisco, California, and maintained such offices at times relevant to this litigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 8, 2023, at San Diego, California.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O' REARDON, LLP

00205490

1

AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CAL. CIV. CODE § 1780(d)