BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jdavis@bholaw.com

EVANGELISTA WORLEY, LLC
James M. Evangelista (*pro hac vice forthcoming*)
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: 404/205-8400
404/205-8395 (fax)
jim@ewlawllc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN-RÉMI MASSERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC.; COINBASE, INC.,<br><br>Defendants. | Case No. 3:23-cv-04026-JCS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>**<u>CLASS ACTION</u>**<br><br>Magistrate Judge Joseph C. Spero<br>Courtroom D, 15th Floor, San Francisco<br><br>Complaint Filed:  August 9, 2023<br>Trial Date:            Not Set Yet<br><br>**JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that Plaintiff Jean-Rémi Massery, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the action without prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendants have not answered the Complaint or filed a motion for summary judgment. The parties agree to bear their own costs.

Dated: October 3, 2023

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
JAMES M. DAVIS (301636)

By:       *s/ Timothy G. Blood*
          TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jdavis@bholaw.com

EVANGELISTA WORLEY, LLC
James M. Evangelista (*pro hac vice forthcoming*)
500 Sugar Mill Road, Suite 245A
Atlanta, GA  30350
Tel: 404/205-8400
404/205-8395 (fax)
jim@ewlawllc.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2023.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com